**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
A.J. MARTINEZ,

                    Plaintiff,

  -against-                                              21 **CIVIL** 1028 (GRJ)

                                                           **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 26, 2022, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner's Motion for Judgment on the Pleadings is GRANTED; and this case is DISMISSED.

**Dated:** New York, New York

          September 27, 2022

                                                                       **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                              **BY:**      *K. Mango*

                                                                       **Deputy Clerk**